**FILED**
April 16, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> LUIS MAGANA, ) <br> ) <br> Defendant. ) | Case No. 2:13-mj-00124-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release LUIS MAGANA, Case No. 2:13-mj-00124-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of: $100,000.00.

    ____   Unsecured Appearance Bond

    __X__   Secured Appearance Bond

    __X__   (Other) Conditions as stated on the record.

    ____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   4/16/2013   at   2:29 P.M.

By _____
Edmund F. Brennan
United States Magistrate Judge